In the Matter of the Claim of ALLEEN GILLARD, Appellant, v. NORTH SYRACUSE CENTRAL SCHOOL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — MEMORANDUM BY THE COURT.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.

In the Matter of the Claim of PETER KNOPKA, Respondent, v. WALKER WEIGHING CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.